```
ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
U.S. Attorney's Office
150 Almaden Blvd., Ste. 900
San Jose, California 95113
Telephone: (408) 535-5087
Fax: (408) 535-5081
Email: Michael.t.pyle@usdoj.gov
```

Attorneys for Federal Defendant USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____DIVISION

| | |
|---|---|
| RICKI DALE DIERENFELDT, FANNIE JANE DIERENFELDT,<br><br>Plaintiffs,<br><br>v.<br><br>ST. JOSEPH HEALTH; ST. JOSEPH HOSPITAL EUREKA; REDWOOD MEMORIAL HOSPITAL; AARON BLUE, M.D.; PERI PENMAN, D.O.; JOHN FRANKLIN, M.D.; OPEN DOOR COMMUNITY HEALTH CENTERS; MATTHEW FLUKE, M.D.; DAVID THICKMAN, M.D.; FRANCIS CUTRUZZOLA, M.D.; UNITED STATES OF AMERICA; and DOES 1 through 60, inclusive.<br><br>Defendants. | CASE NO. _____<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Federal Defendant United States of America hereby removes to the United States District Court for the Northern District of California the state-court action filed in the Superior Court of the State of California for Humboldt County, under Case No. DR 170239, as more

Notice of Removal
CV -                                                                1

fully described below, pursuant to 28 U.S.C. §§ 1441(a) & (c), 1442(a)(1), & 2679 and 42 U.S.C. § 233.

1. On or about April 14, 2017, plaintiffs, Ricki Dale Dierenfeldt and Fannie Jane Dierenfeld filed a Complaint in Humboldt County Superior Court against defendants: a) St. Joseph Health, b) St. Joseph Hospital Eureka, c) Redwood Memorial Hospital, d) Aaron Blue, M.D., e) Peri Penman, D.O., f) John Franklin, M.D., g) Matthew Fluke, M.D., h) David Thickman, M.D., i) Francis Cutrozzola, M.D., j) DOES 1-60; and k) Open Door Community Health Centers.

2. Plaintiffs allege that, on or about April 18, 2016, all the doctors and facilities named above, failed to properly diagnosed Mr. Dierenfeldt's medical condition, and negligently provided substandard care, thus causing him to sustain great pain and suffering. As a proximate result, Plaintiffs allege Mr. Dierenfeldt sustain injuries resulting in some permanent disability and is unable to return to work. Because of Mr. Dierenfeldt's allleged injuries, Mrs. Dierenfeldt allegedly suffered from loss of consortium. The plaintiffs are seeking general and special damages, economic loss, prejudgment interest, and the cost of this suit.

3. On or about October 27, 2017, the United States Attorney's Office received a copy of plaintiffs' Humboldt County Superior Court Complaint from the U.S. Department of Health and Human Services ("DHHS").

4. On or about November 7, 2017, Open Door Community Health Centers, a federally supported health center eligible for Federal Tort Claims Act coverage pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(g)-(n), removed the case to federal court.

5. Following removal to federal court, the United States of America moved to dismiss Defendant Open Door Community Health Centers with prejudice and to dismiss the United States of America without prejudice. On or about December 29, 2017, the Court in Case No. 17-6460 WHO granted the motion of the United States of America and remanded the case to Humboldt County Superior Court.

6. On or about February 5, 2018, Plaintiff filed an Amendment to Complaint in Humboldt County Superior Court purporting to substitute the United States of America for a Doe defendant. On or about February 7, 2018, Plaintiff served a copy of the Amendment to Complaint along with a state court summons on the United States Attorney's Office for the Northern District of California. A copy of the

1 | Humboldt County Superior Court Complaint, Amendment to Complaint, and summons, which the only superior court pleadings and process in the United States Attorney's Office's possession, are attached hereto as **Exhibit A**.

7. All pending court dates in Humboldt County Superior Court should be automatically vacated upon the filing of this Notice of Removal.

8. Upon removal this action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

9. This action is one arising under the constitution and laws of the United States, and it is therefore an action over which the district courts of the United States have original jurisdiction. A civil action in state court seeking damages from the United States of America for acts taken under the color of federal office may be removed to federal court provided that the defendant has a colorable federal defense or can otherwise articulate a connection between the performance of his duties and the acts or omissions alleged. *See* 28 U.S.C. § 1331. It is removable to this court pursuant to 28 U.S.C. § 1441(a) & (c).

10. This action is also against the United States of America. A federal defendant removing under Section 1442 must demonstrate three things: that it is a "person" within the meaning of the statute, that there is a "casual nexus" between its actions and the Plaintiff's claim, and that it can assert a "colorable federal defense." *Durham v. Lockheed*, 445 F.3d 1247, 1251 (9th Cir. 2006). Here, Federal Defendant has met the three-part test for removal set forth in *Durham*. Moreover, with respect to the third requirement, "colorable" is interpreted broadly because "one of the most important reasons for the removal is to have the validity of the defense of official immunity tried in a federal court." *Jefferson County, Ala. v. Acker*, 527 U.S. 423, 431 (1999). Upon removal, Federal Defendant will assert defenses arising under federal law.

11. This action shall be removed to district court at any time prior to trial. Thus, this Notice of Removal is timely.

12. Pursuant to Civil L.R. 3-2(f), assignment to the Eureka/McKinleyville Division is proper, since the action was originally filed in Humboldt County.

Notice of Removal
CV - 3

13. A copy of this Notice of Removal is being served on the parties and is being filed with the Clerk of the Humboldt County Superior Court, Unlimited Civil Jurisdiction. This filing will automatically effect the removal action described above in its entirety to this Court for all future proceedings pursuant to 28 U.S.C. § 1446(d).

Dated: April 6, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Federal Defendant USA

Notice of Removal
CV -

4