# EXHIBIT A.

## SUMMONS
### (CITACION JUDICIAL)

SUM-100

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:** ST. JOSEPH HEALTH; ST. JOSEPH HOSPITAL EUREKA;
**(AVISO AL DEMANDADO):** REDWOOD MEMORIAL HOSPITAL; AARON BLUE, M.D.;
PERI PERMAN, D.O.; JOHN FRANKLIN, M.D.;OPEN DOOR COMMUNITY HEALTH
CENTERS; MATTHEW FRAKE, M.D.;DAVID THICKMAN, M.D.; FRANCIS CUTRUZZOLA,
M.D. and DOES 1 through 60, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:** RICKI DALE DIERENFELDT,
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** FANNIE JANE
DIERENFELDT,

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
(El nombre y dirección de la corte es):
HUMBOLDT COUNTY COURTS
825 Fifth Street, #231

**CASE NUMBER:**
**(Número del Caso)** DR 170239

Eureka CA 95501

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
WILLIAM L. BRELSFORD          916 449-1300          916-449-1320
POSWALL, WHITE & BRELSFORD
1001 G STREET #301
SACRAMENTO CA 95814
DATE: APR 14 2017          KIM M. BARTLESON          John B.          , Deputy
(Fecha)          Clerk, by          (Secretaria)          (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):

3. [X] on behalf of (specify): UNITED STATES of America

    under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] other (specify):
4. [X] by personal delivery on (date): 3/7/18

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 417.20, 465

RECEIVED
APR 17 2017
SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

**FILED**

David

FEB 0 5 2018

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

1  WILLIAM L. BRESLFORD, SBN 202839
   **POSWALL, WHITE & BRELSFORD**
2  1001 G Street, Suite 301
   Sacramento, CA 95814
3  Telephone: (916) 449-1300
   Facsimile: (916) 449-1320
4  Email: wbrelsford@pwb-attorneys.com

5  Attorneys for Plaintiffs

6

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  IN AND FOR THE COUNTY OF HUMBOLDT

10

11  RICKI DALE DIERENFELDT,                )  CASE NO. DR170239
    FANNIE JANE DIERENFELDT,               )
12                                         )  **AMENDMENT TO COMPLAINT**
              Plaintiffs,                  )
13                                         )
          vs.                              )
14                                         )
    ST. JOSEPH HEALTH;                     )
15  ST. JOSEPH HOSPITAL EUREKA;            )
    REDWOOD MEMORIAL HOSPITAL;             )
16  AARON BLUE, M.D.;                      )
    PERI PENMAN, D.O.;                     )
17  JOHN FRANKLIN, M.D.;                   )
    OPEN DOOR COMMUNITY HEALTH             )
18  CENTERS;                               )
    MATTHEW FLUKE, M.D.;                   )
19  DAVID THICKMAN, M.D.;                  )
    FRANCIS CUTRUZZOLA, M.D. and           )
20  DOES 1 through 60, inclusive,          )
                                           )
21            Defendants.                  )
                                           )
22  _____      )

23

24      Upon the filing of the complaint, Plaintiffs, RICKI DALE DIERENFELDT and FANNIE

25  JANE DIERENFELDT, were ignorant of the Defendant's name, stated that fact in the complaint,

26  and designated the Defendant by a fictitious name. The Defendant's true name has now been

27  discovered and Plaintiffs hereby amend the complaint by substituting the below true name for the

28  fictitious name wherever it appear in the complaint:

*Amendment to Complaint*                          1

1

**TRUE NAME:**                          **FICTITIOUS NAME:**

2    UNITED STATES OF AMERICA          DOE 31

3

4    Dated: January $\underline{31}$, 2018                    **POSWALL, WHITE & BRELSFORD**

5

6                                                    _____

7                                              WILLIAM L. BRESLFORD
                                               Attorneys for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Amendment to Complaint*                    2

1 | Attorney for Francis Cutruzzola, M.D.:
Joseph S. Picchi
2 | Galloway, Lucchese, Everson & Picchi
2300 Contra Costa Blvd., Suite 350
3 | Pleasant Hill, CA 94523-2398

4 | Attorney for David Thickman, M.D.:
Paul A. Brisso
5 | MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
814 Seventh Street
6 | Eureka, CA 95501

7

8      I declare under penalty of perjury under the laws of the State of California that the foregoing

9 is true and correct.  Executed on January $31$ , 2018, at Sacramento, California.

10

11                                       NOAMI MONCEAUX

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED J
R
APR 14 2017 B

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

1  William L. Brelsford, Esq.  SBN 202839
   **POSWALL, WHITE & BRELSFORD**
2  1001 G Street, Suite 301
   Sacramento, California 95814
3  Telephone:  (916) 449-1300
   Facsimile:   (916) 449-1320
4

5  Attorneys for Plaintiffs

6

7

8

9        SUPERIOR COURT OF THE STATE OF CALIFORNIA

         IN AND FOR THE COUNTY OF HUMBOLDT
10

11  RICKI DALE DIERENFELDT,              CASE NO.   **DR 170239**
    FANNIE JANE DIERENFELDT,
12                                       COMPLAINT FOR DAMAGES
                Plaintiffs,              (Personal Injury - Medical Malpractice)
13

14          vs.

15  ST. JOSEPH HEALTH;
    ST. JOSEPH HOSPITAL EUREKA;
16  REDWOOD MEMORIAL HOSPITAL;
    AARON BLUE, M.D.;
17  PERI PENMAN, D.O.;
    JOHN FRANKLIN, M.D.;
18  OPEN DOOR COMMUNITY HEALTH
    CENTERS;
19  MATTHEW FLUKE, M.D.;
    DAVID THICKMAN, M.D.;
20  FRANCIS CUTRUZZOLA, M.D. and
    DOES 1 through 60, inclusive,
21

22              Defendants.

23      Plaintiffs, RICKI DALE DIERENFELDT and FANNIE JANE DIERENFELDT,

24  complain of defendants, and each of them, for an amount in excess of $25,000.00 and in

25  excess of the minimum jurisdictional limits of this Court, and alleges as follows:

26                          FIRST CAUSE OF ACTION
                             (Medical Malpractice)
27

28      1.      The true names and capacities, whether individual, corporate, associate or

Complaint for Damages (Medical Malpractice)

1   otherwise, of the defendants, DOES 1 through 60, inclusive, are unknown to Plaintiff, who
2   therefore sues such defendants by such fictitious names, and Plaintiff will amend this
3   complaint to show their true names and capacities when the same have been ascertained.
4   Plaintiff is informed and believes and thereon alleges that each of the defendants, DOES
5   1 through 60, inclusive, is responsible under law in some manner, negligently, in warranty,
6   strictly, or otherwise, for the events and happenings herein referred to and proximately
7   thereby caused injuries and damages to Plaintiff as herein alleged.

8        2.      Plaintiff is now, and at all times herein mentioned was, a citizen of and
9   resident within the State of California, and the defendants, and each of them, are now, and
10  at all times herein mentioned were, citizens of and residents within the State of California,
11  and the amount in controversy exceeds the minimum jurisdictional limits of the Court.

12       3.      Plaintiff is informed and believes and thereon alleges that, at all times herein
13  mentioned, each of the defendants were the agents, employees, principals or employers
14  of each of the remaining defendants and were at all times relevant, acting within the course
15  and scope of said relationships and each defendants have authorized, ratified and
16  approved the acts of each of the remaining defendants.

17       4.      That defendants ST. JOSEPH HEALTH, and DOES 1 through 5, and each
18  of them, are now, and at all times herein mentioned were, California business entities, as
19  a corporation, association, partnership or other type of business entity, doing business as
20  a hospital and clinic, and plaintiffs will ask leave to insert the correct designation when the
21  same has been ascertained.

22       5.      That defendants ST. JOSEPH HOSPITAL EUREKA, and DOES 6 through
23  10, and each of them, are now, and at all times herein mentioned were, California business
24  entities, as a corporation, association, partnership or other type of business entity, doing
25  business as a hospital and clinic, and plaintiffs will ask leave to insert the correct
26  designation when the same has been ascertained.

27  ///

28

6.   That defendants REDWOOD MEMORIAL HOSPITAL, and DOES 11 through 15, and each of them, are now, and at all times herein mentioned were, California business entities, as a corporation, association, partnership or other type of business entity, doing business as a hospital and clinic, and plaintiffs will ask leave to insert the correct designation when the same has been ascertained.

7.   Defendant AARON BLUE, M.D., and DOES 16 through 20, inclusive, and each of them, are physicians and surgeons licensed to practice and practicing medicine in the State of California.

8.   Defendant PERI PENMAN, D.O., and DOES 21 through 25, inclusive, and each of them, are physicians and surgeons licensed to practice and practicing medicine in the State of California.

9.   Defendant JOHN FRANKLIN, M.D., and DOES 26 through 30, inclusive, and each of them, are physicians and surgeons licensed to practice and practicing medicine in the State of California.

10.   That defendants OPEN DOOR COMMUNITY HEALTH CENTERS, and DOES 31 through 35, and each of them, are now, and at all times herein mentioned were, California business entities, as a corporation, association, partnership or other type of business entity, doing business as a hospital and clinic, and plaintiffs will ask leave to insert the correct designation when the same has been ascertained.

11.   Defendant MATTHEW FLUKE, M.D., and DOES 36 through 40, inclusive, and each of them, are physicians and surgeons licensed to practice and practicing medicine in the State of California.

12.   Defendant DAVID THICKMAN, M.D., and DOES 41 through 45, inclusive, and each of them, are physicians and surgeons licensed to practice and practicing medicine in the State of California.

13.   Defendant FRANCIS CUTRUZZOLA, M.D., and DOES 46 through 50, inclusive, and each of them, are physicians and surgeons licensed to practice and practicing medicine in the State of California.

1    14.    Defendants DOES 51 through 60 at all times herein mentioned, were nurses,
2 technicians, assistants or other medical practitioners practicing in the State of California.

3    15.    On or about April 18, 2016, Plaintiff, RICKI DALE DIERENFELDT went to the
4 Emergency Department at ST. JOSEPH HOSPITAL, with complaints of low back pain
5 radiating into the groin, hip, leg, pelvis and abdomen areas. During the times herein
6 mentioned, the defendants, and each of them, negligently cared for, diagnosed, and
7 treated Plaintiff and failed to exercise the standard of care and skill ordinarily and
8 reasonably required of physicians, surgeons, hospitals, nurses, etc., which proximately
9 caused the hereinafter described injuries and damages to Plaintiff.

10    16.    On or about April 18, 2016, and thereafter, defendants, and each of them,
11 were negligent in providing proper care causing Plaintiff RICKI DALE DIERENFELDT great
12 pain and suffering.

13    17.    As a proximate result of the said negligence and carelessness of the
14 defendants, and each of them, Plaintiff was hurt and injured in his health, strength and
15 activity, sustaining injury to his body and shock and injury to his nervous system and
16 person, all of which said injuries have caused and continue to cause Plaintiff great mental,
17 physical and nervous pain and suffering. Plaintiff is informed and believes and therefore
18 alleges that said injuries will result in some permanent disability to Plaintiff, all to his
19 general damage in an amount in excess of the minimum jurisdictional limits of this Court.

20    18.    As a further proximate result of the negligence of defendants, and each of
21 them, Plaintiff was required to and did employ, physicians and surgeons to examine, treat
22 and care for her and did incur, and will in the future incur, medical and incidental expenses.
23 The exact amount of such expense is unknown to Plaintiff at this time, and Plaintiff shall
24 seek leave to amend this pleading when the same has been ascertained by him.

25    19.    As a further proximate result of the said negligence of the defendants, and
26 each of them, Plaintiff was prevented from attending to his usual occupation, employment
27 opportunities, benefits and advantages, and Plaintiff is informed and believes and thereon
28 alleges that he will thereby be unable to attend to his usual occupation, employment

1 opportunities, benefits and advantages at times in the future, and as a proximate result
2 thereof, will sustain a loss with regard to his past and future wages and benefits, as well
3 as his earning capacity.

4   WHEREFORE, Plaintiff prays for judgment against the defendants, and each of
5 them, as follows:

6   i.   For general damages in a sum in excess of the minimum jurisdictional
7       limits of this Court;

8   ii.  For medical and incidental expenses according to proof;

9   iii. For all costs of suit incurred herein;

10  iv.  For loss of earnings according to proof;

11  v.   All prejudgment interest on general and special damages from the
12      date of the incident of the present complaint; and

13  vi.  For such other and further relief as this Court may deem just proper.

14                **SECOND CAUSE OF ACTION**
                  **(Loss of Consortium)**
15

16  20.  Plaintiffs incorporate by reference paragraphs 1 through 19 as if fully set forth
17 herein.

18  21.  At all times herein mentioned, Plaintiffs, RICKI DALE DIERENFELDT and
19 FANNIE JANE DIERENFELDT, were and now are husband and wife.

20  22.  As a direct and proximate result of said negligence and carelessness of
21 defendants, and each of them, and of Plaintiff RICKI DALE DIERENFELDT's resulting
22 injuries, Plaintiff, FANNIE JANE DIERENFELDT, has been deprived of the services of her
23 said husband by reason of his inability to carry out his usual duties and loss of consortium.
24 Plaintiff, FANNIE JANE DIERENFELDT, is informed and believes and thereon alleges that
25 said injuries to Plaintiff, RICKI DALE DIERENFELDT, are of a permanent nature, and that
26 she will be deprived of his said services, love, affection, comfort, care and society for a
27 long period in the future, all to her further damage in an amount in excess of the minimum
28 jurisdictional limits of this Court.

1    WHEREFORE, Plaintiffs prays for judgment against Defendants, and each of them,

2    as follows:

3         i.     For general damages in a sum in excess of the minimum jurisdictional

4               limits of this Court;

5         ii.    For all costs of suit incurred herein; and

6         iii.   For such other and further relief as this Court may deem just and

7               proper.

8    **DATED:** April 13, 2017                **POSWALL, WHITE & BRELSFORD**

9

10

11   WILLIAM L. BRELSFORD
     Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28