UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKI DALE DIERENFELDT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ST. JOSEPH HOSPITAL EUREKA, et al.,<br><br>    Defendants. | Case No. 18-cv-02101-WHO<br><br>**ORDER TO SHOW CAUSE RE REMAND** |

In light of the Court's granting the United States' unopposed Motion for Summary Judgment, the Court issues an ORDER TO SHOW CAUSE why a separate judgment should not be entered pursuant to Fed. R. Civ. Proc. 54(b) in favor of the United States and why the state law claims at issue in this case should not be remanded back to Humboldt County Superior Court.

Any party who opposes remand shall file a response to this OSC on or before May 3, 2019.

**IT IS SO ORDERED.**

Dated: April 29, 2019



William H. Orrick
United States District Judge